UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DERRICK CURRY** | : | CIVIL ACTION |
| | : | NUMBER 95-0481-M2 |
| **VERSUS** | : | MAGISTRATE JUDGE NOLAND |
| **JIMMY SMITH, ET AL.** | : | BY CONSENT |

### SUPPLEMENTAL LOCATION INFORMATION FOR SGT. RICHARD LOGAN FILED UNDER SEAL IN COMPLIANCE WITH COURT ORDER OF 3 AUGUST 1998

**NOW INTO COURT**, through undersigned counsel come defendants, who in supplemental compliance with this Court's Order of 3 August 1998 (docket no. 54), respectfully file additional location information for Sgt. Richard Logan under seal.

Respectfully submitted,

RICHARD P. IEYOUB
ATTORNEY GENERAL

BY: _____
ANDRÉ CHARLES CASTAING
ASSISTANT ATTORNEY GENERAL
BAR ROLL # 17509

LOUISIANA DEPARTMENT OF JUSTICE
LITIGATION DIVISION
P.O. BOX 94095, CAPITOL STATION
BATON ROUGE, LA 70804-9095
TELEPHONE: (225) 342-8495
FAX: (225) 342-4952

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon counsel for all represented parties and has been served upon all pro se parties to this proceeding by mailing the same to each by first class United States mail, properly addressed and postage prepaid on this 17th day of September, 1998.

_____
ANDRÉ CHARLES CASTAING